IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**KIMBERLY HAUGEN**,
individually and on behalf
of all others similarly situated,

        Plaintiff,

                              Case No. 22-cv-460

v.

**ONEIDA COUNTY**,

        Defendant.

## JOINT MOTION FOR COURT APPROVAL OF
## SETTLEMENT AND DISMISSAL WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 7(b), the parties, by their undersigned counsel, hereby respectfully move the Court for an order to:

    (a) approve their Settlement Agreement; and

    (b) upon approval of the Settlement Agreement, dismiss this action with prejudice and without further costs to any party pursuant to Fed. R. Civ. P. 41.

    The basis for this Motion is set forth in the parties' attached Brief in Support of Joint Motion for Court Approval of Settlement and Dismissal with Prejudice.

Dated this 28th day of February, 2023.

        Attorneys for the Plaintiff

        By: *s/ David C. Zoeller*
        **HAWKS QUINDEL, S.C.**
        David C. Zoeller, State Bar No. 1052017
        Email: dzoeller@hq-law.com
        Natalie L. Gerloff, State Bar No. 1117798
        Email: ngerloff@hq-law.com
        Post Office Box 2155
        Madison, Wisconsin 53701-2155
        Telephone: (608) 257-0040


        Attorney for the Defendant

        By: *s/ Lori M. Lubinsky*
        **AXLEY BRYNELSON, LLP**
        Lori M. Lubinsky, State Bar No. 1027575
        Email: llubinsky@axley.com
        Post Office Box 1767
        Madison, Wisconsin 53701-1767
        Telephone: (608) 257-5661